UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID BUTLER,
                        Plaintiff,

        v.

SUZANNE BIGELOW, MD, Providence
Regional Medical Center-Everett, et al.,
                        Defendants.

CASE NO. 2:24-cv-00120-TL-TLF

ORDER ON REPORT AND
RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 60) and the relevant record, and no objections having been filed, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Defendant King's motion to dismiss (Dkt. 51) is DENIED.

(3)    The Clerk SHALL provide a copy of this order to counsel for both Parties and to Judge Fricke.

Dated this 30th day of June, 2026.

_____
Tana Lin
United States District Judge

ORDER ON REPORT AND RECOMMENDATION – 1